UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASPEX EYEWEAR, INC., and CONTOUR OPTIK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REVOLUTION EYEWEAR, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO. CV 07-05042 MMM (CWx)<br><br>The Honorable Margaret M. Morrow<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

On July 6, 2015, Plaintiffs-Counterclaim Defendants Aspex Eyewear, Inc. and Contour Optik, Inc. ("Plaintiffs") and Defendant-Counterclaimant Revolution Eyewear, Inc. ("Defendant"), by and through their counsel of record, submitted a Stipulation of Dismissal with reference to the following recitals:

    1. The parties agree and stipulate that Plaintiffs' complaint should be Dismissed Without Prejudice and Defendant's counterclaims should be Dismissed Without Prejudice pursuant to Fed.R.Civ.P. 41.

    2. Each party shall bear its own costs and attorneys' fees, and the parties

1

1 agree that they will not attempt to collect or recoup their respective fees and costs
2 for the claims dismissed in this action.
3     3. The parties expressly acknowledge that this dismissal only applies to
4 the claims and counterclaims now pending in this action.
5     4. The parties jointly request the Court enter an ORDER consistent with
6 the above agreement and stipulation that all claims and counterclaims pending in
7 this case shall be dismissed and each party shall bear its own attorney's fees and all
8 costs associated with this action.
9     The parties having stipulated and good cause appearing,
10     IT IS ORDERED that Plaintiffs' complaint is dismissed without prejudice
11 and Defendant's counterclaims are dismissed without prejudice pursuant to Federal
12 Rules of Civil Procedure 41 with all parties to bear their own costs and attorneys'
13 fees.
14     **IT IS SO ORDERED.**
15
16
17 July 8, 2015            _Margaret M. Morrow_
                              Hon. Margaret M. Morrow
18                               United States District Court Judge